UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 74(DJS) |
| VS. | : | |
| FLAVIO ARAY | : | February 15, 2005 |

### MOTION FOR RETURN OF PROPERTY

Undersigned CJA-appointed counsel on behalf of the defendant FLAVIO ARAY hereby moves for the return of defendant's Colombian Passport (#CC1919073) currently held by the Clerk's Office.

Counsel received notice from the Clerk's Office, a copy of which is attached hereto, indicating that the aforementioned property would be disposed of in the absence of the filing of the instant motion.

Defendant was sentenced to a term of probation. The Court did not impose as a condition of said probation that he not possess his passport. Accordingly, your undersigned respectfully requests that the Court order the return of defendant's property.

THE DEFENDANT,
FLAVIO ARAY

By: _____
Peter J. Schaffer, Esq.
1127 High Ridge Road, #330
Stamford, CT 06905-1203
Tel. (203) 322-3031
Bar No. ct14606

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed on this date to:

James K. Filan, Jr.
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604


_____
Peter J. Schaffer

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

February 14, 2005

Peter J. Schaffer
1127 High Ridge Rd.
PMB #330
Stamford, CT 06905-1203

Re:  3:03cr74(DJS)
     USA v. Flavio Aray

Dear Counselor:

Inasmuch as the above-entitled case has been disposed of in this court, I am requesting that you file a motion for return of property by __02/24/2005__ for the following items:

**Colombian Passport # CC19191073**

Any objection to the return of this property shall be filed by __03/03/2005__.

If no motion or objection has been filed by __03/10/2005__, the property will be disposed of accordingly.

Kevin F. Rowe, Clerk

By _[signature]_
Deputy Clerk

cc: AUSA