UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                          Case Number:   3:03CR74 (DJS)

FLAVIO ARAY

**ENDORSEMENT ORDER**

Doc. #23  Motion for Return of Property. **GRANTED.**

So ORDERED.

Dated at Hartford, Connecticut, February 22, 2005.

/s/
Dominic J. Squatrito
U.S. District Judge