PROBATION FORM NO. 35　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　　Crim #: 3:03CR00074(DJS)

FLAVIO ARRAY　　　　　　　　　　　　　　　　Re: **Early Termination of Supervision**

On **June 4, 2003** the above named was placed on PROBATION for a period of **3** years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
José L. Cartagena
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 30th day of Nov., 2005.

_____
The Honorable Dominic J. Squatrito
Senior United States District Court Judge